■ In the Matter of the Claim of ROBERT WHITE, Appellant, against EDSON BARRETT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ E. LEONARD CHEATUM, Respondent-Appellant, v. LOUIS A. WEHLE, Appellant-Respondent.— Motion for reargument denied, without costs. Motion for permission to appeal to the Court of Appeals granted. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.